**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **GABRIER ISAIAH HEWITT,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:23-cv-304-RAH-CSC |
| **STATE OF ALABAMA, et. al.,** | ) |
| Defendants. | ) |

**ORDER**

On March 13, 2024, the Magistrate recommended dismissal of this action without prejudice. (Doc. 4.) The Plaintiff has filed no objections to this Recommendation. After an independent review of the Recommendation, *see* 28 U.S.C. § 636, it is **ORDERED** that:

1. The Recommendation of the Magistrate Judge (Doc. 4) is ADOPTED;

2. This case is DISMISSED without prejudice; and

3. No costs are taxed.

A separate Final Judgment will be entered in accordance with this order.

DONE, on this the 28th day of March 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE